# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NOVO NORDISK, INC., | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:23-cv-00668 |
| DCA PHARMACY, | ) |
| Defendant. | ) |

## ORDER

The Alliance for Pharmacy Compounding Motion for Leave to File Amicus Brief (Doc. No. 29) is **GRANTED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE