UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NOVO NORDISK, INC., | ) | |
|     Plaintiff, | ) | Case No. 3:23-cv-668 |
| | ) | |
| | ) | District Judge Crenshaw |
| v. | ) | |
| | ) | |
| DCA PHARMACY, | ) | |
| | ) | Jury Demand |
|     Defendant. | ) | |

## MOTION TO DISMISS

Comes now the Defendant, DCA Pharmacy, and moves this Court for the dismissal of the complaint filed herein pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1) or in the alternative, Federal Rules of Civil Procedure, Rule 12(b)(6) due to (1) Plaintiff, Novo Nordisk, Inc's ("Plaintiff") failing to adequately plead an injury recoverable under Tennessee law and therefore lacking standing and (2) Plaintiff's sole claim in this action being preempted by the Federal Food, Drug, and Cosmetic Act.

In support of the motion filed herein, Defendant relies upon the memorandum of law filed herein.

Respectfully submitted,

/s/Marc O. Dedman
Marc O. Dedman (TN #014044)
BARTON LLP
611 Commerce Street
Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
mdedman@bartonesq.com

*Attorney for Defendant DCA Pharmacy*

## CERTIFICATE OF SERVICE

I certify that, on January 31, 2024, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Steven A. Riley
Milton S. McGee III
Joseph K. Robinson
RILEY & JACOBSON, PLC

Joseph N. Akrotirianakis
Aaron Craig
KING & SPALDING

*Attorneys for Plaintiffs*

                                        */s/Marc O. Dedman*
                                        Marc O. Dedman (TN #014044)
                                        *Attorney for Defendant DCA Pharmacy*