UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NOVO NORDISK, INC., ) | Case No. 3:23-cv-668 |
| Plaintiff, ) | |
| ) | District Judge Crenshaw |
| v. ) | |
| ) | Magistrate Judge Frensley |
| DCA PHARMACY, ) | |
| ) | Jury Demand |
| Defendant. ) | |

## NOTICE OF CHANGE OF ADDRESS

Marc O. Dedman, counsel for Defendant, DCA Pharmacy ("Defendant"), hereby notifies the Court and counsel of his new address, effective immediately. All communications to Defendant's counsel Marc O. Dedman only should now be directed to the following:

Marc O. Dedman
Barton LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
mdedman@bartonesq.com

The address for Barak Bacharach, counsel for Defendant, has not changed.

Respectfully submitted,
*/s/Marc O. Dedman*
Marc O. Dedman (TN #014044)
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
mdedman@bartonesq.com

Barak Bacharach (*Admitted Pro Hac Vice*)
BARTON LLP
711 Third Avenue, 14th Floor
New York, NY 10017
Telephone: (212) 687-6262
bbacharach@bartonesq.com

*Attorneys for Defendant DCA Pharmacy*

**CERTIFICATE OF SERVICE**

I certify that, on March 15, 2024, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Steven A. Riley
Milton S. McGee III
Joseph K. Robinson
RILEY & JACOBSON, PLC

Gregory L. Halperin
Michael X. Imbroscio
Amee Frodle
COVINGTON & BURLING LLP

*Attorneys for Plaintiff*

/s/Marc O. Dedman
Marc O. Dedman (TN #014044)
*Attorney for Defendant DCA Pharmacy*