UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NOVO NORDISK INC.<br><br>        Plaintiff,<br><br>  v.<br><br>DCA PHARMACY,<br><br>        Defendant. | Case No. 3:23-cv-00668<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley |

### DEFENDANT DCA PHARMACY, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now Defendant, DCA Pharmacy, Inc., by and through its attorneys, and moves the Court for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) on the ground that Plaintiff's, Novo Nordisk, sole cause of action is preempted by Federal law. A Memorandum of Law is filed herewith in support of this motion.

Respectfully submitted,

*/s/Marc O. Dedman*
Marc O. Dedman (TN #014044)
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
mdedman@bartonesq.com

Barak Bacharach (*Admitted Pro Hac Vice*)
BARTON LLP
711 Third Avenue, 14th Floor
New York, NY 10017
Telephone: (212) 687-6262
bbacharach@bartonesq.com

*Attorneys for Defendant DCA Pharmacy*

## **CERTIFICANT OF SERVICE**

      This is to certify that on August 20, 2024, a copy of the foregoing was filed with the Court's electronic filing system which will automatically notify and send a copy of the filing to:

Steven A. Riley
Milton S. McGee, III
Joseph K. Robinson
RILEY & JACOBSON, PLC
sriley@rjfirm.com
tmegee@rjfirm.com
jrobinson@rjfirm.com

Gregory L. Halperin
Michael X. Imbroscio
Aimee Frodle
COVINGTON & BURLING LLP
ghalperin@cov.com
mimbroscio@cov.com
afrodle@cov.com

*Attorneys for Plaintiff*

                                                           */s/Marc O. Dedman*
                                                           Marc O. Dedman (TN #014044)
                                                           *Attorney for Defendant DCA Pharmacy*