# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NOVO NORDISK INC., <br><br> Plaintiff, <br><br> v. <br><br> DCA PHARMACY, <br><br> Defendant. | Case No. 3:23-cv-00668 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffrey S. Frensley |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Novo Nordisk Inc. and Defendant DCA Pharmacy, by and through their undersigned counsel, hereby stipulate and agree that all claims asserted by Novo Nordisk Inc. in the above-referenced action or arising out of the same transaction or occurrence are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Date: September 3, 2024

Respectfully submitted,

/s/ Steven A. Riley
Steven A. Riley (BPR #006258)
Milton S. McGee, III (BPR # 24150)
Joseph K. Robinson (BPR # 40440)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com
jrobinson@rjfirm.com

Gregory L. Halperin (*Admitted pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building,
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1166
ghalperin@cov.com

Michael X. Imbroscio (*Admitted pro hac vice*)
Amee Frodle (*Admitted pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Plaintiff*
*NOVO NORDISK INC.*


**BARTON, PLLC**

/s/ *Marc O. Dedman w/permission*
Marc O. Dedman, BPR 014044
Barak F. Bacharach (*Admitted pro hac vice*)
611 Commerce Street, Suite 2911
Nashville, TN 37203
615-340-6790
mdedman@bartonesq.com
bbacharach@bartonesq.com

*Attorneys for Defendant*
*DCA Pharmacy LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send a notice of electronic filing to all counsel of record.

*s/ Steven A. Riley*